IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIRK G. ENNO,
   Petitioner,

vs.         Case No. 3:12cv85/MCR/CJK

ALAN PIPPIN,
    Respondent.
_____

## REPORT AND RECOMMENDATION

  This habeas case was opened on February 27, 2012, by petitioner filing a "Motion for Extension of Time to File Petition for Writ of Habeas Corpus." (Doc. 1). Petitioner asserted that his federal habeas limitations period was due to expire in a few days, and that he was preparing a motion for postconviction relief for submission to the state court. Petitioner sought an extension of time for 180 days "to insure he will be able to timely file a 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus with this Court." (*Id.*, p. 2). The Court construed petitioner's motion as one for an extension of the federal habeas limitations period set forth in 28 U.S.C. § 2244(d)(1).

  On March 1, 2012, the Court denied petitioner's motion as premature, because a federal court is without jurisdiction to consider the timeliness of a habeas petition (including the applicability of statutory or equitable tolling) until a petition is filed. (Doc. 2). The Court informed petitioner of the federal habeas limitations period

(including its tolling provisions), provided petitioner the appropriate form for filing a § 2254 petition, and warned petitioner that he should file his petition as soon as possible.  Petitioner was provided thirty days in which to either prosecute this case by filing a § 2254  petition, or notify the Court of his intention not to proceed with a § 2254 case at this time by filing a notice of voluntary dismissal.  (*Id*.).  Petitioner responded by moving for dismissal.  (Doc. 4).

Accordingly, it is respectfully RECOMMENDED:

1.  That petitioner's motion to voluntarily dismiss (doc. 4) be GRANTED.

2.  That this cause be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

3.  That the Clerk be directed to close the file.

At Pensacola, Florida this 4th day of April, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).